

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00254-CV

**IN THE INTEREST OF J.J.J.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00585
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Because appellants are indigent, no costs of this appeal are assessed.

SIGNED July 19, 2017.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice